FILED
CLERK, U.S. DISTRICT COURT

Oct. 30, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CR___ DEPUTY

1  Stephen M. Uthoff, State Bar No. 145206
   E-mail: suthoff@uthofflaw.com
2  The Uthoff Law Corporation
   401 E. Ocean Blvd., Suite 710
3  Long Beach, California 90802
   Tele: 562-437-4301
4  Fax: 562-437-4341

JS-6

Attorneys for Plaintiff
MAERSK LINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAERSK LINE, | Case No. CV 14-7346 SVW (AGRx) |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] INTERLOCUTORY DISMISSAL |
| GLOBAL FRESH, INC. | |
| Defendants. | |

    GOOD CAUSE APPEARING THEREFOR, the complaint herein is dismissed without prejudice, as to all parties and all causes of action subject to the terms of this Order. Plaintiff may have up to and including March 30, 2016 to reopen this case only if the settlement is not consummated for any reason and a written request to reopen this case is filed with this Court on or before March 30, 2016. Said reopener shall be for the purposes of having judgment entered pursuant to the stipulation of the parties.

If Plaintiff has not requested this Court to reopen the case on or before March 30, 2016 the complaint will therefore be deemed dismissed with prejudice as to all parties and all causes of action with each party to bear its own costs and fees.

IT IS SO ORDERED.

Dated: ~~XXXXXXXX~~
October 30, 2014

_____
Honorable Stephen V. Wilson
United States District Judge