```
Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
562-437-4301
fax 562-437-4341
```

**FILED**
CLERK, U.S. DISTRICT COURT
Aug 3, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

Attorneys for Plaintiff
MAERSK LINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAERSK LINE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GLOBAL FRESH, INC.<br><br>　　　　　Defendants. | Case No.  CV 14-7346 SVW (AGRx)<br><br>**IN ADMIRALTY**<br><br>[~~PROPOSED~~] **JUDGMENT**<br><br>**JS-6** |

Pursuant to the Stipulation for Entry of Judgment filed herein:

　　　IT IS ADJUDGED that Maersk Line recover from Global Fresh, Inc. the following amounts:

///

///

///

1

|   |   |
|---|---|
| Principal | $110,316.14 |
| Interest | $11,151.18 |
| Attorney's fees | $25,000.00 |
| Costs: | $440.00 |
| Total: | $146,907.32 |

plus post-judgment interest pursuant to 28 U.S.C. § 1961(a).

Dated: ~~July_____, 2014~~
August 3, 2015

_____
Hon. Stephen V. Wilson
United States District Judge

2